# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| KEVIN & MELISSA KAUFMAN | |
| | Case No. 17-31226 |
| Debtor(s). | |

### ORDER

     This matter is before the court pursuant to a Motion for Continuation of the Automatic Stay, filed by the debtor(s). The automatic stay as it applies to all creditors in this case is hereby extended until further order by this Court.

     Any objections to the extension of the automatic stay in this matter must be filed within fourteen (14) days of this Order. Any objections filed within that time period will be heard on September 7, 2017 at 9:00 a.m., in the U.S. Bankruptcy Court, 750 Missouri Avenue, East St. Louis, IL 62201.

ENTERED: August 16, 2017

                                          /s/ Laura K. Grandy        12
                                      UNITED STATES BANKRUPTCY JUDGE